1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BOBBY LEE MONTGOMERY, )
                                                      )     Case No. 2:11-cv-02079-MMD-PAL
                              Plaintiff,     )
                                                      )     **ORDER**
vs.                                                 )
                                                      )     (Mtn for Admissions - Dkt. #56)
LAS VEGAS METROPOLITAN POLICE )
DEPARTMENT, et al.,                    )
                                                      )
                              Defendant.  )
_____ )

13    This matter is before the court on Plaintiff Bobby Lee Montgomery's First Request for

14 Admissions to Defendants (Dkt. #56) filed March 17, 2014, which was docketed as a motion.

15    Plaintiff is a former prisoner proceeding pro se and in forma pauperis in this civil rights action

16 arising under 42 U.S.C. § 1983.  The filing does not ask the court to enter any sort of relief; rather, it is

17 a written discovery request under Rule 33 to Defendants.  Discovery requests are served on counsel for

18 represented parties, and should not be filed with the court.  Local Rule of Civil Practice 26-8 provides

19 that unless otherwise ordered by the court, written discovery shall not be filed with the court.  LR 26-8.

20    Accordingly,

21    **IT IS ORDERED** that Plaintiff's Motion for Admissions (Dkt. #56) be STRICKEN.

22    Dated this 18th day of March, 2014.

23
24
25    PEGGY A. LEEN
26    UNITED STATES MAGISTRATE JUDGE
27
28